UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TIMOTHY COURVILLE | CIVIL ACTION NO. 10-100-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| FORCHT WADE CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the Plaintiff's continued failure to inform the Court of his new address;

**IT IS ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and under the Court's inherent power to control its own docket. See Link v. Wabash Railroad Co., 370 U.S. 626, 82 S.Ct. 1386 (1962).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of June, 2010.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE